**E-FILED**
Tuesday, 31 March, 2009  10:14:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08-2019 |
| v. | ) | |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Two recommendations were filed by the Magistrate Judge in the above cause on March 11, 2009.  More than ten days have elapsed since the filing of the recommendations and no objections have been made.  *See* 28 U.S.C. § 636(b)(1).

The recommendations of the Magistrate Judge (#11, #12) are, therefore, accepted by the court.  *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986).  The plaintiff's Motion for Summary Judgment (#7) is denied, and the defendant's Motion for an Order Which Affirms the Commissioner's Decision (#10) is granted.  This case is terminated.

ENTERED this 31st  day of March, 2009.

**s/Harold A. Baker**

_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE